**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COREY RICHARD HORNE,** | : | |
| Plaintiff | : | **No. 1:13-cv-01214** |
| | : | |
| v. | : | **(Chief Judge Kane)** |
| | : | |
| **JOHN & JANE DOES YORK COUNTY,** | : | **(Magistrate Judge Blewitt)** |
| <u>et</u> <u>al.</u>, | : | |
| Defendants | : | |

## <u>ORDER</u>

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Presently pending before the Court is Magistrate Judge Blewitt's Report and Recommendation (Doc. No. 9), recommending that Defendants' motion to dismiss (Doc. No. 9) be granted and that Plaintiff's complaint (Doc. No. 1) be dismissed with prejudice. No timely objections have been filed.

**ACCORDINGLY**, on this 13th day of August 2013, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Blewitt's Report and Recommendation (Doc. No. 9) is **ADOPTED**;

2. Plaintiff's second motion for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> (Doc. No. 6) is **GRANTED**;

3. Plaintiff's first motion for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> (Doc. No. 2) is **DENIED AS MOOT**; and

4. The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania