# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| COREY R. HORNE, | : | |
| Petitioner | : | No. 1:13-cv-1214 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| JOHN & JANE DOES OF | : | (Magistrate Judge Blewitt) |
| YORK COUNTY, et al., | : | |
| Respondent | : | |

**ACCORDINGLY**, on this 7th day of November 2013, **IT IS HEREBY ORDERED THAT** Petitioner's motion for reconsideration (Doc. No. 11) is **DENIED**, and Petitioner's motion to file an amended complaint (Doc. No. 12) is **DENIED AS MOOT**. This action shall remain closed.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania